IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN CAREY, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-3009 |
| | § | |
| 24 HOUR FITNESS USA, INC., | § | |
|     Defendant. | § | |

## CONDITIONAL ORDER OF DISMISSAL

Having been advised that a settlement has been reached between Plaintiff and Defendant, the Court dismisses this case without prejudice to reinstatement of Plaintiff's claims, if any party represents to the Court on or before **January 7, 2013,** that the settlement could not be completely documented.

SIGNED at Houston, Texas, this **5th** day of **December, 2012**.

Nancy F. Atlas
United States District Judge