IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN CAREY, Individually and on behalf of other employees similarly situated, | § § § § | |
| Plaintiff, | § | NO. 4:10-CV-3009 |
| V. | § § § | |
| 24 HOUR FITNESS USA, INC., | § § | |
| Defendant. | | |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court has received the parties' joint stipulation of dismissal with prejudice. Based on the parties' stipulation, the Court hereby **ORDERS** that this case is **DISMISSED** with prejudice. All costs and fees are to be borne by the party incurring the same.

SIGNED at Houston, Texas, this 12th day of December, 2012.

_____
Nancy F. Atlas
United States District Judge